# United States Court of Appeals

## For the First Circuit

---

No. 01-1980

KAREN LYNN BIENKOWSKI, DAVID EBERLE,
DELIA ANN HOYE AND EDWARD MCDONALD,

Plaintiffs, Appellees,

v.

NORTHEASTERN UNIVERSITY,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on April 8, 2002, is amended as follows:

On p.8, line 10: replace "Once" with "One".